UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 14170
    KATHLEEN HENLY
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-2279

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/03/2008 and was confirmed 08/04/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 09/29/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| AFNI INC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS FINANCIAL CHOIC | UNSECURED | 636.35 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 936.82 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 5029.75 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 400.00 | .00 | .00 |
| CASHCALL INC | UNSECURED | 3145.42 | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 364.11 | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 493.94 | .00 | .00 |
| HSBC | UNSECURED | 307.44 | .00 | .00 |
| HSBC | UNSECURED | 579.10 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 2144.31 | .00 | .00 |
| ILLINOIS LENDING CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC BANK NEVADA/ECAST S | UNSECURED | 237.18 | .00 | .00 |
| THE LOAN MACHINE | UNSECURED | 3161.47 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 503.24 | .00 | .00 |
| CLIFTON HENLY | NOTICE ONLY | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 37687.65 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| B-REAL LLC | UNSECURED | 516.15 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 4025.27 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 8937.37 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,341.50 | | 1,989.96 |
| TOM VAUGHN | TRUSTEE | | | 173.04 |
| DEBTOR REFUND | REFUND | | | 375.00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  2,538.00

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 14170 KATHLEEN HENLY

```
PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                          1,989.96
TRUSTEE COMPENSATION                                      173.04
DEBTOR REFUND                                             375.00
                        ---------------    ---------------
TOTALS                         2,538.00           2,538.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/22/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE